**SO ORDERED.**

**SIGNED this 5 day of February, 2015.**



_____
**James P. Smith
Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Chapter 7 |
| | : | |
| RICHARD L. BUONOCORE, JR., | : | |
| d/b/a BONACORI CUSTOM HOMES, | : | |
| Debtor | : | Case No. 13-30753-JPS |
| | : | |
| CRAIG B. M. HILL, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | Adversary Proceeding |
| | : | No. 13-3078 |
| RICHARD L. BUONOCORE, JR., | : | |
| | : | |
| Defendant | : | |

## ORDER

In accordance with the decision published in open court on February 5, 2015, it is

ORDERED AND ADJUDGED that Plaintiff's claims against Debtor in the

amount of $45,500 be and are hereby determined to be nondischargeable under 11 U.S.C.

§ 523(a)(2)(A) pursuant to Count One of Plaintiff's complaint; and it is further

ORDERED AND ADJUDGED that the remainder of Plaintiff's claims as asserted

in Count One be and are hereby determined to be dischargeable in bankruptcy, and it is

further

ORDERED AND ADJUDGED that Plaintiff's claims as asserted in Counts Two and Three be and are hereby dismissed with prejudice.

* END OF DOCUMENT *